IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON SMITH,

    Plaintiff,

v.    Case No.: 3:23-cv-00462

CRICKET WIRELESS,

    Defendant.

## NOTICE OF SETTLEMENT

The parties hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice. Respectfully submitted this 27th day of June, 2024.

RESPECTFULLY SUBMITTED;

*/s/Rebecca J. Hutto*
REBECCA J. HUTTO #39252
Attorney for Plaintiff
Wampler, Carroll, Wilson, & Sanderson PLLC
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
rebecca@wcwslaw.com

1

*/s/ J. Timothy Crenshaw*
J. Timothy Crenshaw, BPR # 012037
SCHULMAN, LEROY & BENNETT, P.C.
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
Phone: (615) 244-6670
Direct: (615) 551-6521
Email: tcrenshaw@slblawfirm.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of June, 2024, the foregoing document is being served this day on all counsel of record identified on the Service List via electronic mail.

*/s/ Rebecca J. Hutto*

J. Timothy Crenshaw
SCHULMAN, LEROY & BENNETT, P.C.
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
Phone: (615) 244-6670
Direct: (615) 551-6521
Email: tcrenshaw@slblawfirm.com
*Attorney for Defendant*