UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRANDON SMITH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:23-cv-00462 |
| CRICKET WIRELESS STORE, | ) | |
| Defendant. | ) | |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 37). Accordingly, this action is **DISMISSED WITH/WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE